■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS CONTI, Appellant. [749 NYS2d 719] —Judgment, Supreme

Court, Bronx County (Laura Safer-Espinoza, J.), rendered December 10, 1998, convicting defendant, after a plea of guilty, of robbery in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 16 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen*, 96 NY2d 329, *cert denied* 534 US 899). Concur—Nardelli, J.P., Andrias, Buckley, Sullivan and Friedman, JJ.